**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


**KEVIN CERVANTES,**

     **Plaintiff,**                              **Case No. 2:25-cv-534-GJF-JHR**


**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, MARK GALLEGOS,**

     **Defendants.**


**DECLARATION OF BENJAMIN GUBERNICK IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

     My name is Benjamin Gubernick. I am over the age of 18, and attorney of record for Plaintiff in the above-captioned matter. If called upon to testify, I could and would competently do so as follows:

     1.     I have attached as Exhibit 1 a true and correct copy of a notice dated January 27, 2025, placing Keven Cervantes on administrative leave.

     2.     I have attached as Exhibit 2 a true and correct copy of a termination notice dated February 12, 2025.

     3.     I have attached as Exhibit 3 a true and correct copy of screenshots from the Lea County website, captured on January 16, 2026.

     4.     I have attached as Exhibit 4 true and correct excerpts from the Lea County Policies and Procedures Manual.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


                            */s/Benjamin Gubernick*
                            BENJAMIN GUBERNICK

# EXHIBIT 1



## LEA COUNTY DETENTION CENTER, 1401 S. COMMERCIAL STREET, LOVINGTON, NM 88260

**MARK GALLEGOS**
DIRECTOR
Direct Line (575) 396-8668

Adult Control        575-396-8694
Fax                  575-396-5361
Juvenile Control     575-396-8678

Sergeant Kevin Cervantes
Lea County Detention Center
1401 S. Commercial Street
Lovington, New Mexico 88260

RE: Administrative Leave with Pay Pending Investigation

January 27, 2025

Dear Sergeant Kevin Cervantes,

Effective January 27, 2025 at 10:00 AM you have been placed on Administrative Leave with pay pending a criminal investigation by local law enforcement. As a result, you will need to call your immediate supervisor LT Heredia at the beginning of your original scheduled shift to check in.

In addition you are no longer allowed in the secured area pending the outcome of the investigation, this also applies to all Lea County property as well.

While you are Administrative Leave with pay, you are to respond to any additional communications by Lea County Detention Center Director and or any other outside law enforcement agency. If you have any questions, please contact Detention Director Mark Gallegos at 575-396-8694.

Employee Signature                Print Name                          Date
_____                   Kain Cervantes                      1/27/25

Witness Signature                 Print Name                          Date
_____                   A.O. Johel Maldonado                1/27/2025   1027

Director Signature                Print Name                          Date
_____                   Mark Gallegos   10:28 AM   27 JAN 2025

# EXHIBIT 2



February 12, 2025

Kevin Cervantes

Under the Lea County Human Resources Policies and Procedures Manual-Employment Status, the County has chosen to dismiss you from probationary employment – Employment Status 3.1.H and 3.1.N. You are a probationary employee due to your promotion to Sergeant in October 2024.

This release from employment is effective immediately. Your dismissal from employment is due to: Improper Conduct – Employee Discipline 4.1.N.1.d.

Turn in all department issued equipment and uniforms immediately.

Mark Gallegos
LCDC Director

Acknowledgement:

Signature _____     Date _____ 2·13·25

# EXHIBIT 3





# EXHIBIT 4



# LEA COUNTY POLICY AND PROCEDURES MANUAL

Adopted May 26, 2016

1st Amendment, April 5, 2018

2nd Amendment, May 25, 2023

3rd Amendment, April 11, 2024

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

## General Provisions

**1.1 Purpose**

   A.  The purpose of the Human Resources Policies and Procedures is to establish consistent, basic policies and practices concerning relations between Lea County and its employees.

   B.  The rules contained herein replace and supersede all previously issued rules, policies, and regulations applicable to employees of Lea County.

**1.2 Scope**

   A.  As rules and regulations cannot be readily formulated for every possible situation; these policies and procedures serve as a general basis and guide for the proper, efficient, and effective administration of personnel matters of Lea County.

   B.  The provisions of these policies and procedures shall apply to all County employees, with the exception that the provisions governing merit and the grievance of disciplinary actions do not apply to appointed employees who serve at the discretion of elected officials or the County Manager.

**1.3 Supplementation of Policy**

   A.  The County Manager, may issue rules and regulations that are consistent with the terms of these policies and procedure, to provide further guidance and clarification.

**1.4 Employee Knowledge and Information Policy**

   A.  The Human Resources Department shall provide a copy of these policies and procedures to all current and new employees with instructions to read these policies and procedures. Employees shall sign an acknowledgment of receipt for the copy, which shall be maintained in the Human Resources Department.

**1.5 Equal Employment Opportunity (EEO) Policy**

   A.  The County is an equal opportunity employer. The County prohibits discrimination and harassment of any type and shall provide equal employment opportunities to all individuals. The County will not discriminate against any individual on the basis of race, color, age, religion, sex, sexual orientation, gender identity, pregnancy, national origin, disability status, genetic information, protected veteran status, or any other legally protected status.

   B.  This anti-discrimination policy applies to all phases of the employment process and includes a prohibition of retaliation against anyone who has asserted their rights under this policy, including:

      1.  Recruitment
      2.  Employment
      3.  Promotion

- 1 -

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

## Employment Status

**3.1 Employment Status Policy**

**Full-Time Regular Employee**

    A.  A full-time regular employee is one who has completed the probationary period and who normally is scheduled to work a minimum of forty (40) hours per week. A full-time regular employee is eligible for all rights and benefits provided by the County.

**Part-Time Regular**

    B.  A part-time regular employee is one who has completed the probationary period and who works twenty (20) or more but less than forty (40) hours per week. A part-time regular employee is eligible for PERA and group insurance benefits, and may participate in the County's grievance process. A part-time regular employee does not accrue paid leave.

**Appointed Employees**

    C.  The appointees of elected officials are as follows:

        1.  County Manager
        2.  Undersheriff
        3.  Executive Secretary to the Sheriff
        4.  Chief Deputy Assessor
        5.  Chief Deputy Clerk
        6.  Chief Deputy Treasurer
        7.  Bureau of Elections Administrator
        8.  Chief Appraiser
        9.  Others designated by job description approved subsequent to these policies and procedures by the County Commission

    D.  Department Directors and unclassified administrative staff who report to either an Assistant County Manager or the County Manager shall be appointed/dismissed by the County Manager subject to approval by the County Commission.

    E.  Appointed employees shall receive a wage set by the County budget.

    F.  Appointed employees are terminable-at-will and cannot avail themselves of the grievance procedure set forth herein, but are entitled to all other benefits provided by the County unless otherwise accepted.

**Probationary Employees**

    G.  The purpose of the probationary period is to evaluate the employee's ability, potential and performance. A full-time or part-time probationary employee is an employee who is hired to fill a

regular, established position and who has not yet completed the probationary period of employment.

H. A probationary employee may be terminated with or without cause at any time during the probationary period, and is not entitled the grievance procedure set forth herein, but is entitled to all other county benefits provided herein. Proposed dismissal of a probationary employee must be reviewed with the Human Resources Director.

I. The probationary period shall be twelve (12) months from date of hire.

J. To determine whether an employee has satisfactorily completed the probationary period, the employee's Department Director or immediate supervisor will complete a written evaluation.

K. An employee hired on the condition that the employee obtains a specific certification shall obtain the certification during the probationary period except as otherwise provided for in the job description. Failure to obtain such certification within the period bars the employee from becoming a regular employee and may result in the employee's dismissal, demotion, or reduction in pay.

L. A probationary employee accrues paid sick and annual leave starting on their hire date. Employees that are promoted, demoted, or transferred may not use paid annual leave until three (3) months of employment in their new position is completed. Annual leave must be approved by the employee's immediate supervisor or department head. Accrued sick leave is available for use from date of hire or from promotion, demotion, or transfer date.

M. An employee who is temporarily assigned to a vacant position and is subsequently hired to fill that position shall serve the required probationary period. The beginning date of the probationary period is the date the employee began filling the position on a temporary basis.

N. A regular employee who is promoted, demoted, or transferred to another position shall be subject to a probationary period. That probationary period shall be twelve (12) months beginning on the date the employee began filling the new position.

O. A former Lea County employee rehired to the same position more than six months after termination or rehired at any time to fill a different position shall serve the required probationary period beginning with the employees most recent hire date.

P. If a newly hired employee does not satisfactorily complete the probationary period, the employee may be dismissed. Proposed dismissal of a probationary employee must be reviewed with the Human Resources Director.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

Q. If a regular employee, having already completed one probationary period when originally hired, is promoted or transferred and does not satisfactorily complete the probationary period following that change of status, the employee may with the approval of the appropriate department head(s) and the Human Resources Director be returned to the former position or a comparable position if such a position is available or an agreed upon subordinate position within the department if such is available. It will be solely within the discretion of the supervising Assistant County Manager or the County Manager if the employee may return to the former position or a comparable or subordinate position. If such a position is not available, the employee will be dismissed.

**Internships/Apprenticeships**

R. Lea County may periodically employ interns/apprentices throughout different times of the year. Interns will be required to sign an agreement that details the hours of work, duration of the expected work, proposed rate of pay, and work assignment and duties. Work assignments may be throughout the county including the municipalities. Internships/apprenticeships will be paid based on the duties performed. Interns/apprentices are not eligible for County benefits. Interns/apprentices are responsible for complying with all policies in this manual as well as any policies of their assigned Department. All attendance and performance records for interns/apprentices will be maintained by the individual Departments.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

**Transfer**

I.   An employee may be transferred by the Department Director with concurrence of Human Resources and the County Manager from one department to another either voluntarily or involuntarily if it is in the best interest of the County.

J.   Transfers may include changes in classification and rate of pay as specified in the Lea County Compensation and Classification Plan, which includes the pay matrix and job description for all positions. The employee may not begin work in the new position until a Change of Status Form with all required signatures has been submitted to payroll through Human Resources.

K.   Employees that do not accept involuntary transfers after due process may be disciplined up to and including termination.

L.   Involuntary transfers that do not involve a demotion or reduction in pay are not grievable.

M.   Employees requesting a transfer to another department must submit a written request to Human Resources. Only requests for currently open positions will be considered. Human Resources will contact both the current Department Head and the department Head of requested department regarding the transfer. The Department Head of requested department may require an interview with employee before transfer is granted. Both department Heads must authorize the employee's request for transfer and timing of transfer.

N.   Employees requesting a transfer must meet the qualifications of the job description of position requested.

O.   Requested transfers may be denied by Human Resources due to staffing levels, timing, budget, qualifications, or other reasons that do not support a transfer.

P.   Employees transferred to a new position shall be subject to a probationary period of twelve (12) months beginning on the date the employee began their new position.

**Resignation**

Q.   An employee voluntarily resigning shall submit, in writing, a two week notice of resignation. Failure to provide a written two week notice of resignation may be grounds for refusal of future employment with the County.

R.   If an employee chooses to rescind their resignation, Human Resources may refuse to accept the employee's rescinded resignation.

S.   An unauthorized absence from work for a period of three consecutive, regularly scheduled working days shall be considered a voluntary resignation.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

## Employee Discipline

### 4.1 County Employee Discipline Policy

**Policy**

A.  Disciplinary actions for regular full- and part-time employees are based on a showing of just cause.

B.  Disciplinary actions will be consistent with governing laws and regulations and will be taken without regard to race, age, religion, color, national origin, ancestry, sex, physical or mental disability or medical condition.

C.  No employee will be disciplined for refusing to perform an unlawful act.

**Disciplinary Action**

D.  Any Department Director may take disciplinary action against an employee under the Department Director's inherent authority, consistent with departmental policies and Human Resources Policies and Procedures.

E.  Originals of any documented disciplinary action must be furnished within five (5) working days to Human Resources for placement in the employee's personnel file with the signature of the recipient acknowledging receipt of the action.

**Consultation & Concurrence**

F.  Dismissal, involuntary demotion, and suspension without pay require consultation with and concurrence of the County Manager before the employee is notified of the proposed action.

**Counseling Session**

G.  The purpose of counseling is to provide guidance and direction to personnel in an attempt to make corrections to behaviors or actions that, if repeated or unchanged, could lead to disciplinary action. A counseling session will not therefore be viewed as a disciplinary action. A supervisor taking disciplinary action in the future, however, will consider any previous counseling session for the same or similar type of behavior or action. A written notation of a counseling session should be made by the supervisor and initialed or signed at the time by the supervisor and the employee. That notation should be kept in the employee's personnel file maintained in the Human Resources Department.

**Performance**

H.  The County recognizes that performance issues can often be resolved before they become disciplinary issues. Supervisors are encouraged to discuss performance issues with their employees as they occur and to develop a performance improvement plan for those issues. These issues may include but are not limited to attendance and tardiness, appearance, safety, and other forms of employee conduct and performance.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

I.  The supervisor should take the following steps to make the employee aware of the performance problem and to initiate corrective action.

1.  Document the performance issue and expectations in the Performance Improvement Form addressed to the employee
2.  Meet with the employee to review the performance improvement plan. Explain the concerns clearly to ensure that the employee understands the performance problem and the expectations.
3.  Listen to the employee's explanation of the situation and determine whether there are mitigating circumstances.
4.  Develop a Performance Improvement Plan that outlines how the employee will improve their behavior/performance and how the supervisor will observe and determine that the change has taken place. Establish a time frame in which the changes should take place and monitor progress
5.  If an employee does not progress in a satisfactory manner or meet the established time frame, the supervisor shall contact Human Resources to consult regarding the next steps
6.  This process is not required before disciplinary action is initiated. There are employee issues that should immediately be addressed with disciplinary action
7.  The Department Director or appropriate supervisor may choose to use the Performance Improvement Plan in addition to or in lieu of the progressive disciplinary action as set forth below

**Progressive Discipline**

J.  The continued employment of any individual by the County depends on acceptable conduct and satisfactory work performance. Failure to meet standards of conduct and work performance is sufficient grounds for progressive disciplinary action up to and including termination.

K.  Each case of inadequate performance or act of misconduct shall be evaluated individually. The step of corrective action used depends on the severity of the infraction and the employee's previous work record.

L.  Progressive discipline involves the following actions listed below. Because of the serious nature of some infractions, the first disciplinary action may be dismissal.

1.  Verbal Reprimand:
    a.  A verbal reprimand informing the employee that their actions, behavior or conduct needs to change is used for minor infractions. The supervisor will verbally notify the employee that an official warning is being given for violation of work rules, policies or procedures.

    b.  Supervisors will keep written notations of verbal reprimands, and a statement that verbal counseling took place will be placed in the employee's personnel file maintained in the Human Resources Department.

    c.  A verbal reprimand is not grievable.

2.  Written Reprimand:

    a.  An employee shall receive a written reprimand when the deficiency or infraction is of a greater degree than that for which a verbal reprimand may be used or if a verbal reminder was not effective.

    b.  A written reprimand will be discussed with the employee by a supervisor and approved by the Department Director. The reprimand will briefly describe the offense, behavior or performance issue and the corrective action. The employee will be asked to sign the reprimand to acknowledge its receipt. The employee may respond by submitting a written rebuttal which shall be placed in the employees personnel file. If the employee refuses to sign the reprimand, the Department Director and supervisor shall note the employee's refusal to sign. A copy of the reprimand will be placed in the employee's personnel file maintained in the Human Resources Department.

    c.  The placement of a written reprimand in an employee's file is not grievable.

3.  Suspension:

    a.  The Department Director or the supervising Assistant County Manager may recommend to the County Manager to suspend a regular employee without pay from the employee's position at any time for a disciplinary purpose. Suspension without pay shall not exceed thirty (30) calendar days. The recommendation or determination for the suspension without pay shall be documented in a Notice to Suspend, Demote or Terminate and presented to the employee. The employee shall sign to acknowledge receipt of the notice. If the employee refuses to sign the notice, the Department Director shall note the employee's refusal to sign on the notice. If the employee is not available to receive in person, the notice shall be mailed to the employee's last address of record noted in the Human Resources Department. A copy of the notice shall be placed in the employee's personnel file maintained in the Human Resources Department. A pre-determination hearing shall be held in advance of a suspension without pay if a hearing is requested. FLSA exempt employees may be suspended for a week plus additional full working days for serious infractions of workplace conduct rules or for infractions of safety rules of major significance.

    b.  Suspension of a regular employee is subject to the formal grievance procedures.

4.  Involuntary Demotion:

    a.  An employee may be demoted to a lesser position for which the employee is otherwise qualified for an offense of a more serious nature or for repetition of a

minor offense. When demoted, the employee will receive a decrease in compensation commensurate with the new position. Each demotion will be recorded and filed in the employee's personnel file maintained in the Human Resources Department.

b. The demotion of a regular employee is subject to formal grievance procedures.

5. Dismissal:

a. Dismissal is appropriate when the employee has engaged in behavior that is of a serious nature which is unacceptable for County employees, even though the employee has not been previously disciplined. Dismissal may also be the final consequence when progressive discipline has failed to change unacceptable behavior or performance.

b. The dismissal of a regular employee is subject to the formal grievance procedure.

**Just Cause**

M. Classified employees shall not be subject to corrective/disciplinary action without just cause. Just cause is described as any conduct, action, or inaction arising from, connected with, or impacting on the employee's work, whether on or off duty, that is inconsistent with the employee's obligations to the employer; or conduct reflecting a disregard of the employer's interests, policies or procedures. Just cause includes but is not limited to inefficiency, unacceptable performance, incompetence, misconduct, negligence, insubordination, or conviction of a felony or misdemeanor under the provisions of the Criminal Offender Employment Act (Section 282-1, et. Seq., NMSA 1978). Just cause may include actions or omissions that bring discredit on the County.

N. The grounds for Disciplinary Action include, but are not limited to, the following:

1. Classified employees or term employees, if the probationary period has been served, may only be suspended, demoted, or dismissed for just cause which is any behavior relating to the employee's work that is inconsistent with the employee's obligation to the County. Just cause includes, but is not limited to, the following:

a. Negligent or Inefficient Performance
1. Unsatisfactory or negligent performance of duties
2. Insubordination
3. Continued violation of safety practices
4. Failure to cooperate with fellow employees
5. Failure to adhere to the established work schedule
6. Failure to obtain prior authorization to work overtime
7. Failure to meet or maintain job qualifications, as set forth in the job description, including failure to maintain a valid driver's license
8. Sleeping on duty

b. Tardiness/Absenteeism
1. Abuse of sick leave
2. Unauthorized absence from work, including tardiness

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

c.  Careless, Negligent or Improper Use of County Property, Equipment or Funds

1.  Falsifying official documents or records

2.  Theft or vandalism of County property or funds

3.  Unauthorized use or possession of County property or equipment

4.  Operating a County vehicle or equipment in a negligent, reckless or tortuous manner

5.  Unauthorized disclosure of confidential information from County records, reports, or other data belonging to the County

6.  Unauthorized or fraudulent manipulation of time records or other County records

7.  Operation of County vehicle or equipment while under the influence of a controlled substance or intoxicant

8.  Inappropriate use of IT resources

d.  Improper Conduct

1.  On the job conduct toward the public or other employees that causes discredit to the County

2.  Personal conduct which impairs the employee's ability to perform his or her duties or causes discredit to the County

3.  Conduct which impairs and/or disrupts the ability of coworkers to perform their duties or a department to function properly

4.  Conflict of interest which results in personal gain to the employee or detriment to the County

5.  Threatening or harassing an employee, an elected official or anyone doing business with Lea County

6.  Consumption, possession, or distribution of alcohol or controlled substance on the job, or reporting to work under the influence of alcohol or controlled substance

7.  Refusal to participate in a drug/alcohol screening

8.  Accepting a bribe or consideration given with the intent to influence the performance of duty

9.  Use of official position or authority for personal profit or advantage

10. Bribery or coercion of, or attempting to bribe or coerce an employee or elected official or third party doing business with the County

11. Influencing, or attempting to influence a hearing officer, other than through established grievance procedures

12. Failure to cooperate in an investigation

13. Distribution of literature, vending, soliciting, or collecting contributions while on the job, on County premises, or in a County vehicle, or assisting with the same, without prior authorization of the County Manager

14. Unauthorized possession of a weapon on the job site

15. Fighting or other disruptive behavior in the workplace

16. Gambling during work hours

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

17. Loss of certification necessary to an employee's duty position
   e. Violation of any Federal or State Law Including All Civil Rights Statutes
   f. Conviction of a Misdemeanor or Felony
      1. Deputy Sheriffs formally indicted or charged for crimes may have their commissions revoked and be dismissed by authority of the Sheriff or re-assigned to a County position not affiliated with the Sheriff's Office or Detention Facility if such a position is available, depending on the seriousness of the alleged offense.
   g. Violation of this Lea County Human Resources Policies and Procedures, department-specific procedures, or a professional code of ethics followed by those in the same profession as the employee.

**Conditions or Actions Not Grievable**
   O. The following matters are not grievable:
      2. Disputes concerning an established County policy
      3. Matters where a method of review is mandated by law
      4. Matters where the County is without authority to act or does not have the ability to provide a remedy
      5. Probationary employees dismissed prior to the expiration of their probationary period
      6. Appointed employees dismissed at any point during their employment with the County
      7. Performance evaluations, oral reprimands, written reprimands, promotions, transfers, temporary assignments, removal from temporary assignments, and lay-offs.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

## Formal Discipline Procedure

**4.2 Formal Discipline Procedure Policy**

**Policy**

A. The County shall provide a formal disciplinary procedure for all employees. This formal discipline procedure applies only to the suspension, involuntary demotion, and dismissal of regular employees.

**Written Notification**

B. Written notification of intent to suspend, demote or dismiss shall provide the reasons for the proposed action, notice of the employee's right to a pre-disciplinary hearing before the Department Director, and the scheduled time and place of the pre-disciplinary hearing. All notifications of proposed discipline are reviewed and approved by Human Resources.

C. For the purposes of the disciplinary process, the County will make an effort to hand-deliver any documentation related to the disciplinary process. This documentation may include disciplinary action forms, memoranda, documents, and correspondence. In cases where hand delivery is not practical, the documents will be mailed priority, certified and will be considered served on the first date of attempted delivery by the U.S. Postal Service.

D. To initiate the suspension, demotion, or dismissal of a classified employee who has completed the probationary period, the employee's supervisor will deliver a Notice of Proposed Disciplinary Action to the employee that describes the basis for the proposed action. A copy of the notice of Proposed Disciplinary action shall be reviewed by the supervising Assistant County Manager and the County Manager prior to presenting to the employee. The Notice of Proposed Disciplinary Action will describe the conduct, actions, or omissions that form the basis for the proposed disciplinary action, and give a general explanation of what evidence the County has. The reasons for discipline and the evidence allowed to be presented are not limited to the issues described herein if other violations of policy are discovered and disclosed to the employee prior to the post-disciplinary hearing.

**Administrative Leave**

E. The employee's Department Director, with approval of the County Manager, may place an employee on administrative leave pending the outcome of an investigation into alleged misconduct.

**Pre-Disciplinary Hearings**

F. Employee's Request for Pre-disciplinary Hearing:
   1. Within three (3) business days, (business days are defined as Monday through Friday), of the receipt of the Notice of Proposed Disciplinary Action, the employee is required to

notify the Department Director and the Human Resources Director, in writing, whether the employee will participate in the pre-disciplinary hearing.

2.  If the employee does not request a pre-disciplinary hearing, the employee is deemed to have waived the employee's right to contest the matter and the Department Head shall issue a Notice of Final Determination to the employee.

3.  The Notice of Final Determination will specify:
    a.  The grounds of the discipline;
    b.  The disciplinary action to be imposed;
    c.  The date the disciplinary action will be effective.

G.  The pre-disciplinary hearing procedure:

1.  The hearing shall be informal and will normally be conducted with the Department Director as the hearing officer. The technical rules of evidence and court procedure shall not apply.

2.  The employee shall represent themselves, but may have a representative attend the hearing, as an observer. The observer may not participate in or obstruct the hearing process. In the event the observer is disruptive to the proceedings, the hearing officer may remove them from the hearing.

3.  Lea County will record the pre-disciplinary hearing. Recordings will be kept in Human Resources.

H.  The pre-disciplinary hearing decision:

1.  Following the pre-disciplinary hearing, within five (5) business days the Department Director shall discuss the proposed Notice of Final Determination with the Human Resources Director. The proposed Notice of Final Determination shall include the time, date, and location of the hearing, persons present, and the final determination. The Determination can either be mailed or emailed to the employee. A mailed determination will be post-marked within ten (10) business days of the pre-disciplinary hearing.

2.  The Determination shall specify whether the proposed disciplinary action has been upheld, modified or overturned. It shall also describe the conduct that as of the date of the pre-disciplinary hearing forms the basis for the disciplinary action and shall specify when the disciplinary action will be effective.

**Post-Disciplinary Hearings**

I.  The employee's responsibility for Notice of Appeal:

1.  Within five (5) business days of receipt of the Notice of Final Determination, the employee must give written notice to the Human Resources Director of the employee's intent to pursue a post-disciplinary hearing.

J.  Post-disciplinary Hearing:

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

    1. At the hearing before a neutral hearing officer, the grievant will have an opportunity to present witnesses and other evidence and cross-examine the County's witnesses.

    2. The grievant and the County may be represented by legal counsel. All attorneys representing a party shall file an Entry of Appearance with the Human Resources Director prior to the day of the hearing.

K. Appointment of Hearing Officer:

    1. Within five (5) business days, or as soon as possible, of receipt of the notice of appeal, the Human Resources Director will provide the grievant a list of three (3) proposed hearing officers.

    2. Within three (3) business days of receipt of the list of proposed hearing officers, the grievant will notify the County Manager or designee of the acceptance of one officer from the proposed list.

    3. If the grievant does not accept an officer from the proposed list within the time limit, the Human Resources Director shall designate one from the list.

L. Hearing Officer Qualifications:

    1. The hearing officer shall be a personnel professional, be familiar with public or private personnel systems, or have pertinent experience in the fields of management, education or law.

    2. The hearing officer represents neither the County nor the grievant, but serves as an unbiased party.

    3. The hearing officer is not required to be resident of Lea County.

**Post-Disciplinary Hearing Procedures**

M. Scheduling of Hearing:

    1. The hearing officer will determine the date and time of the post-disciplinary hearing.

    2. The hearing officer will attempt to schedule the hearing within fifteen (15) business days of the receipt appointment but may schedule the hearing for a later date if necessary for the availability of the parties, counsel, witnesses, or for other good cause.

    3. A request for continuances of hearings should be made in writing, with copies to all parties, no less than five days prior to the scheduled hearing. The request shall include proposed alternate dates.

    4. The following persons are required to be present at all post-disciplinary hearings unless otherwise excused by the hearing officer or by agreement of the parties: the employee, the employee's representative (if any), the department's designated representative, and the County Attorney.

    5. The hearing officer may at the request of a party exclude witnesses from the hearing prior to their testimony.

    6. The County will record the hearing digitally.

N. Conduct of Hearings:

1. The County carries the burden of proof by a preponderance of the evidence.

2. Order of Presentation:

   a. Opening statements

   b. County witnesses and evidence

   c. Employee's witnesses and evidence

   d. At the conclusion of each witness' testimony, the other party may cross examine the witness. The hearing officer may also ask questions of witnesses.

   e. County's rebuttal evidence

   f. Closing statements

O. Rules of Evidence and Procedure:

1. The technical rules of evidence shall not apply; the hearing officer may require reasonable substantiation of statements or records tendered.

2. The rules of civil procedure shall not apply; however, the hearing shall be conducted so that both complaints and defenses are amply and fairly presented. To this end, the hearing officer may hear arguments, permit discovery, entertain and dispose of motions, as the circumstances justify and render a decision in accordance with the law and the evidence presented and admitted.

P. Communication of Findings and Decision:

1. The hearing officer's findings of fact, conclusions of law, and recommendations for discipline will be issued within fifteen (15) business days of the hearing to the employee and Human Resources Director. The hearing officer may request at the end of the hearing that the parties provide proposed findings of fact and conclusions of law.

2. The hearing officer may recommend upholding, modifying, or reversing the discipline set forth in the Determination, and may recommend any disciplinary action authorized under this ordinance including reinstating a dismissed employee and awarding back pay and benefits.

3. The record of the proceedings will be retained by the Human Resources Department or the certified court reporter for a period of not less than one (1) year from the hearing date, along with all of the physical evidence admitted by the hearing officer. The party requesting a transcription shall make arrangements to pay for the transcription.

4. The County Manager will consider the report, findings, conclusion and recommendations of the hearing officer and may uphold, modify or reverse the recommendation of the hearing officer.

5. The County Manager shall issue a written final decision, which will include a statement of the factual and legal basis for the decision, within five (5) business days of the date the hearing officer's report is issued. The decision shall be filed in the employee's personnel file, and a copy of the written decision shall be sent to the employee by certified mail.

Lea County Policy and Procedures Manual –
3rd Amendment, April 11, 2024

## Grievance Procedure

**4.3 Grievance Procedure Policy**

**Policy**
  A. The County provides a formal grievance procedure for grieving work conditions, discrimination, and other work relate problems.

**Procedure**
  B. With respect to those conditions of employment about which an employee wishes to grieve, the employee shall initially discuss the problem with their immediate supervisor and Department Director in an attempt to work out a solution.

  C. If the employee is not satisfied with the proposed solution, the employee may address the problem to the Human Resources Director whose decision, after consultation with the County Manager, shall be final.

  D. Written complaints regarding alleged discrimination based on race, color, religion, sex, age, national origin, physical or mental disability, medical condition or any other legally protected class should be brought to the attention of the Human Resources Director within 14 days of the grievable act for prompt investigation and resolution.

  E. Human Resources will follow the Complaint Procedure as outlined in 2.4 Anti-harassment Policy.