IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN CERVANTES,

    Plaintiff,

Case No. 2:25-cv-534-GJF-JHR

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, MARK GALLEGOS,

    Defendants.

## DECLARATION OF CRAIG BOVA

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are based on my personal knowledge.

3. I am the Human Resources Director of Lea County.

4. The Lea County Policy and Procedures Manual was amended in 2024 to reflect the creation of Assistant County Manager positions.

5. There were no substantive changes to employee classification or disciplinary proceedings in the amendment other than to the extent an Assistant County Manager might have involvement in personnel decisions.

FURTHER DECLARANT SAYETH NAUGHT

_____
Craig Bova, Declarant

_____1/30/2026_____
Date:

EXHIBIT

B