**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

KEVIN CERVANTES,

      Plaintiff,

v.                                                                  Civ. No. 25-534 GJF/JHR

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS and MARK GALLEGOS,

      Defendants.

**ORDER VACATING TRIAL AND**
**SETTING MOTIONS HEARING VIA ZOOM**

THIS MATTER is before the Court *sua sponte*. On August 21, 2025, the Court set this case for a jury trial to commence on June 29, 2026.  Dkt. No. 16. On January 16, 2026, the parties filed cross-motions for summary judgment. *See* Dkt. Nos. 22, 24. Since that time, the District's caseload has grown unexpectedly and dramatically.  Moreover, given the complexity of the issues presented by the parties' summary judgment motions, the Court has recently determined that oral argument will assist its resolution of those motions. As a result, the current trial schedule is no longer workable.

The Court therefore **VACATES** its Order Setting Jury Trial (Dkt. No. 16), including the Pretrial Conference set for June 9, 2026, the Jury Trial set for June 29, 2026, and all associated deadlines.

  **IT IS FURTHER ORDERED** that counsel for the parties shall appear via Zoom[1] for a Motions Hearing on Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 24) and

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1653298631

Meeting ID: 165 329 8631
Passcode: 041008

Defendants' Motion for Summary Judgment and Qualified Immunity (Dkt. No. 22), on **Tuesday, June 9, 2026**, at 10:00 a.m. MDT.

      **IT IS FINALLY ORDERED** that the Court will reschedule the jury trial, if necessary, after resolving the pending dispositive motions.

      **SO ORDERED**.

_____

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*